REEDSBURG BANK, Respondent, vs. KRUEGER and wife, Appellants.

For the appellants: *V. H. Cady* of Baraboo.
For the respondent: *H. E. Kjorstad* of Reedsburg.

*By the Court.*—Orders affirmed.